

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 11, 2021

**BY ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:    **United States v. Lamont Wright, 21 Cr. 61 (LJL)**

Dear Judge Liman:

       The Government respectfully writes, with the consent of the defense, to request that the March 17, 2021 conference in this action be adjourned for approximately 60 days. The government has been informed that the defendant will likely be moved to a different detention facility in the coming days. This imminent transfer will likely pose difficulties in arranging the defendant's remote appearance on the scheduled conference date of March 17, 2021. Accordingly, the Government respectfully proposes adjourning the conference for 60 days.

       If the Court grants the adjournment, the Government requests that Speedy Trial time be excluded until the next conference date in order for the parties to review discovery and to discuss a potential pretrial resolution to the case.

**REQUEST GRANTED.**
The Status Conference previously set for March 17 is rescheduled to May 20, 2021 at 12:00PM. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101. The Court excludes time from March 17, 2021 until May 20, 2021 pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interest of justice outweighs the interest of the public and the defendant in a speedy trial, in that the time between now and May 20 can be used by the parties to continue reviewing discovery and to discuss a potential pretrial resolution to the case.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: _____

Alexander Li
Assistant United States Attorney
(212) 637-2265

3/11/2021    SO ORDERED.

LEWIS J. LIMAN
United States District Judge

cc:    Robert Baum, Esq. (*by ECF*)