# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 23, 2021

**REQUEST GRANTED.**
The Sentencing hearing previously set for December 13, 2021 is rescheduled to February 15, 2022 at 12:00PM in Courtroom 15C at the 500 Pearl Street Courthouse. No further adjournments will be granted.

11/24/2021  SO ORDERED.

*[signature]*
LEWIS J. LIMAN
United States District Judge

**BY ECF AND EMAIL**
Honorable Lewis J. Liman
United States Circuit Judge
Southern District of New York
500 Pearl Street, Room 15C
New York, New York 10007

**Re:   United States v. Lamont Wright**
       **21 Cr. 61 (LJL)**

Dear Judge Liman,

This letter is respectfully submitted on behalf of my client Lamont Wright, to request another adjournment of his sentencing hearing, currently scheduled for December 13, 2021. I have spoken with Alexander Li, Esq. on behalf of the Government, and he consents to this application. I am seeking an adjournment of approximately 60 days from the current sentencing date. (Counsel commences a two week trial before Judge Furman, United States v. Michael Avenatti, 19 Cr. 374 (JMF), on January 24, 2022).

With apologies to the Court, the psychiatrist I retained to meet with Mr. Wright for his psychological evaluation has had numerous difficulties obtaining consent to enter the Essex County Jail for a professional visit. We now expect to do a video interview and anticipate proceeding expeditiously from this point.

Respectfully submitted,

*[signature]*
Robert M. Baum
Assistant Federal Defender

**SO ORDERED:**

_____
**HONORABLE LEWIS J. LIMAN**
United States District Judge

cc:   Alexander Li, Esq.,
      Assistant United States Attorney